No. 78–79. GENERAL DYNAMICS CORP. *v.* MARSHALL, SECRETARY OF LABOR, ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Chrysler Corp.* v. *Brown, ante,* p. 281.

No. — –—. WHITE *v.* OFFICE OF PERSONNEL MANAGEMENT ET AL. C. A. D. C. Cir. Motion for leave to dispense with printing petition denied. See *Snider* v. *All State Administrators, Inc.,* 414 U. S. 685 (1974).

No. A–844 (78–1475). PENCE *v.* BROWN, SECRETARY OF DEFENSE, ET AL. C. A. 6th Cir. Application for stay, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. A–867. CALLAHAN *v.* UNITED STATES. C. A. 5th Cir. Applications for bond, recall of mandate, transfer of sealed envelopes, and disclosure of certain materials, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. D–146. IN RE DISBARMENT OF TEITELBAUM. Disbarment entered. [For earlier order herein, see 439 U. S. 975.]

No. D–159. IN RE DISBARMENT OF RATCLIFF. Disbarment entered. [For earlier order herein, see 440 U. S. 903.]

No. D–162. IN RE DISBARMENT OF TURNER. It is ordered that John Joseph Turner, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–163. IN RE DISBARMENT OF REEDY. It is ordered that James Phillip Reedy, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.